NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN A. KYLE, TRUSTEE;                    )
DAMASCUS TRADING COMPANY,                   )
LLC; KIMBERLY REGENESIS, LLC;               )
and MOURACADE REGENERATIVE                  )
MEDICINE, LLC,                              )
                                            )
      Petitioners,                          )
                                            )
v.                                          )          Case No. 2D17-3620
                                            )
LEE COUNTY, a Florida political             )
subdivision,                                )
                                            )
      Respondent.                           )
_____ )

Opinion filed April 20, 2018.

Petition for Writ of Certiorari to the Circuit
Court for the Twentieth Judicial Circuit for
Lee County; sitting in its appellate capacity.

James K. Green of James K. Green, P.A.,
West Palm Beach, for Petitioners.

Mark A. Trank, Assistant County Attorney,
Lee County Attorney's Office, Fort Myers,
for Respondent.


PER CURIAM.


      Denied.

KHOUZAM, LUCAS, and SALARIO, JJ., Concur.